441 A.2d 461

Commonwealth v. Holmes, Appellant.

Petition for Allowance of Appeal Denied April 2, 1982.

Argued June 22, 1981.
James P. Gedghegan, for appellant;  David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence is affirmed.